**FILED**

MAR 12 2019

TIMOTHY M. O'BRIEN CLERK
By___CA___Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KC Fabrick )
 )
_____ )
 )
_____ )
(Enter above the full name of the Plaintiff(s) )
 )
vs. )  Case Number: 2:19-CV-2136-DDC-JPO
 )
Acumen Assessments, LLC )
Name )
730 New Hampshire St, Suite 222 )
Street and number )
Lawrence    KS    66044 )
City    State    Zip Code )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

 (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

 A. Name of plaintiff KC Fabrick

 Address 1 Clinton Path, Unit 1

 Brookline, MA

 02445

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant Scott C. Stacy, PsyD is employed at Acumen Assessments, LLC; 730 New Hampshire St., Suite 222, Lawrence KS 66044

C. Additional Defendants Peter Graham, PhD; John R. Whipple, MD; Michael Seely, PsyD; Thomas Janousek, PsyD; Carly Stevenson; Forensic Truth Analysis, LLC; Kipp Low

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of Mass.

2. The first-named defendant above is either

    a. a citizen of the State of Kansas ; or

    b. a corporation incorporated under the laws of the State of Kansas and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

    a. a citizen of the State of Kansas ; or

    b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.  (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

    1.  This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

    2.  This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

✓ 3.  Other grounds (specify and state any statute which gives rise to such grounds):

Multiple statutes In Kansas law of medical malpractice 60-515 medical-psychological negligence, multiple acts of unprofesional conducts in violation of multiple published standards by the Kansas Board of Healing Arts (KBHA) and Kansas Behavioral Board (KBSRB). On or about 2017-01-03 to 01-06 all the defendants participated in a civil negligence and conspiracy: all signed or participated in creating of an Acumen final report, and attempts to conceal, Spoliation of, and delete records. Unprofessional conduct violation of KBSRB 102-1-10a performing unprofessional services misrepresented (a)(1)INconsistent with training (a)(2) excercising undue influence over a client (B)(3) (f) ignoring client welfare

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

On or about 2017-01-03 to 01-06 all the defendants participated in a civil conspiracy: they all either signed or participated in creating of an Acumen final report. They performed a fitness assessment of the plaintiff. This evaluation was severely negligently performed in the setting of loud noises from a sewage pipe cleaning above Acumen's office. Yet Acumen did not reschedule the entire testing or properly note and repeat parts of their their individual evaluation results. Some Acumen members who were unqualified to give instuctions or gave inadequate instructions were conducting testing in a negligent fashion.

3

Furthermore the defendants conspired to charge for fraudulent testing performed during the evaluation when unqualified staff participated improperly during the evaluation. The defendants engaged in unfair business practices displaying certifications but uncertifed staff participated in a negligent fashion also .

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Inorder for just compensation for the plaintiff's loss of income, loss of employment benefits, loss of professional opportunities, loss of personal and professional reputation, other financial losses, emotional distress and mental suffering a claim of 8.95 million is requested.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [✓] No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [✓] No [ ]

VII. Do you claim punitive monetary damages? Yes [✓] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

In order for just compensation for the plaintiff's loss of income, loss of employment benefits, loss of professional opportunities, loss of personal and professional reputation, other financial losses, emotional distress and mental suffering a claim of 8.95 million is requested.
The defendants have been conducting their evauations for years with no one standing up to their malpractices and fraudulaent practices. A large punitive damage could have Kansas Providers and Attorneys take notice and not repeat the egregious occurances as outlined in this complaint.

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [✓]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

    Acumen Associates, LLC is out of state, and performs fitness for duty evaluations.
    I have contacted several times supervising medical boards and certification agencies. These governmental agency all say they can not compensate plaintiff for wrongs committed by the defendants.

IX. Related Litigation:

Please mark the statement that pertains to this case:

_____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

   ✓    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*(signature)*
Signature of Plaintiff

K.C. Fabrick
Name (Print or Type)

1 Clinton Path, Unit 1
_____
Address

Brookline    MA    02245
_____
City         State    Zip Code

617-935-6490
_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☐Wichita, ☑Kansas City or ☐Topeka , Kansas as the location for the
(check one location)
trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury  ☑yes  ☐no .
(check one)

_____
Signature of Plaintiff

Dated: 2019-03-07
(Rev. 8/07)

## Additional Information

Acumen members negligently did not retain records properly and they were deystroyed or told they were unavailable. For example Acumen changed the schedule about 3 times but said they could not provide all the changed schedules and Scott C. Stacy said they were completely deleted. Several members did not provide medical records in a timely fashion over 90 days. The Defendant engaged in a pattern of intentional conduct with the intent and purpose of causing extreme emotional distress to the Plaintiff. The Defendant's conduct was extreme, outrageous, and outside the bounds of what can be expected in normal society both objectively and subjectively.
KBSRB 102-1-10(f)(3) behavior abusive or demeaning to the client. (D)(9) failing to properly deligate to employees. (g)(2)failing to protect client information.

Acumen further included inaccurate or unecessary commentary that was defamatory to the Plaintiff, and done so with Malicious intent. KBSRB 102-1-10(B)(4) fraudulaent and misleading advertising. KBSRB 102-1-10(j)(7)unqualified staff amistered psychological assessment techniques.

KBSRB 102-120 Unprofessional conduct regarding recordkeeping inadequate in (b)date of service of each providers service, (3) each service each provider provided not noted(7)(c) records not retained deleted, or shoking Spoliation of records.